AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:17-mj-00063-NJK |
| LANCE CROMAN | ) | |
| | ) | Charging District:  Northern District of New York |
| *Defendant* | ) | Charging District's Case No.  5:16-cr-00349-GTS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | NORTHERN DISTRICT OF NEW YORK (Syracuse) 100 S. Clinton Street Syracuse, NY 13261 | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  2/28/2017 at 11:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   January 26, 2017

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge
*Printed name and title*



_X_ FILED         ___ RECEIVED
___ ENTERED      ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

JAN 26, 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____  DEPUTY