ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
MEREDITH L. WEINER, ESQ.
Nevada Bar No. 12299
**LAW OFFICES OF ANTHONY P. SGRO**
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 385-9595
Facsimile No.: (702) 386-2737
*Attorneys for Defendant Croman*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>LANCE CROMAN,<br><br>          Defendant. | CASE NO.: 2:17-MJ-00063-NJK |

## MOTION TO AMEND DETAILS OF PERSONAL RECOGNIZANCE BOND

COMES NOW Defendant LANCE CROMAN by and through his counsel of record ANTHONY P. SGRO, ESQ. and MEREDITH L. WEINER, ESQ. of the the Law Offices of Anthony P. Sgro, and respectfully requests this Honorable Court amend the details of Defendant's Personal Recognizance Bond (document 6 section 47) wherein it states that Defendant must post a $350,000.00 Cash Bond in the Northern District of New York within five (5) days, to read that Defendant must post a $350,000.00 **Cash or Surety Bond.**

/ / /

/ / /

/ / /

/ / /

This Motion is made and based on the papers and pleadings on file herein, and the attached proposed Order for Cash or Surety.

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about January 26, 2017, this Court granted Defendant a Personal Recognizance Bond in the amount of $350,000.00 cash. However, the details of said bond have been secured by surety. Therefore, Defendant requests that the conditions of Defendant's Personal Recognizance Bond, which is to be posted on or before January 31, 2016, be revised to include $350,000.00 **Cash or Surety**.

DATED this  30  day of  January, 20 17.

Respectfully Submitted By:

/s/ Anthony P. Sgro

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
MEREDITH L. WEINER, ESQ.
Nevada Bar No. 12299
*Attorneys for Defendant Croman*

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
MEREDITH L. WEINER, ESQ.
Nevada Bar No. 12299
**LAW OFFICES OF ANTHONY P. SGRO**
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 385-9595
Facsimile No.: (702) 386-2737
*Attorneys for Defendant Croman*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-MJ-00063-NJK |
| Plaintiff, | |
| vs. | |
| LANCE CROMAN, | |
| Defendant. | |

## ORDER FOR CASH OR SURETY

This matter having come for hearing on January 26, 2016 at the hour of 3:00 p.m., for INITIAL APPEARANCE IN RULE 5(c)(3) Defendant Lance Croman appearing in person by and through his counsel of record ANTHONY P. SGRO, ESQ. and MEREDITH L. WEINER, ESQ., and Assistant United States Attorney SUSAN CUSHMAN, ESQ. appearing on behalf of Plaintiff. The court having reviewed the pleadings and papers on file herein as well as the arguments of counsel, and cause appearing, makes the following findings and orders:

Following arguments of by counsel, THE COURT STATES that the government does not seek detention.

IT IS HEREBY ORDERED that Defendant is identified as named defendant in Indictment and is held to answer in the Northern District of New York.

IT IS FURTHER ORDERED that the Defendant is released on a personal recognizance bond with conditions, as set forth in greater detail in Docket No. 6.

IT IS FURTHER ORDERED that a $350,000.00 **Cash or Surety Bond** shall be executed in the Northern District of New York (Syracuse) within five (5) days as part of Defendant's release on January 26, 2017.

DATED this 30th day of January, 20 17.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
MEREDITH L. WEINER, ESQ.
Nevada Bar No. 12299
*Attorneys for Defendant Croman*